UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREN WATTS et al.,<br>　　　　　Plaintiff(s),<br>　v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br>　　　　　Defendant(s). | CASE NO. C24-0330-KKE<br><br>ORDER OF DISMISSAL |

Counsel having advised the Court that this matter has been resolved by stipulation of the parties, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice. The parties shall bear their own costs and attorney's fees. The clerk is directed to close this case.

Dated this 10th day of September, 2024.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1